RICHARD H. TAYLOR, &c. agt. WILLIAM S. HATCH, &c.

*Per curiam.*—For the reasons assigned in *Loomis* agt. *Bowers*, this judgment must be reversed.